IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)

| | |
|---|---|
| In re: * | |
| ZELLEN ASSOCIATES, INC. * | Case No: 03-5-0129-JS |
| Debtor * | (Chapter 11) |

\* \* \* \* \* \* \* \* \* \* \* \*

| | |
|---|---|
| ZELLEN ASSOCIATES, INC., * | |
| Plaintiff, * | |
| v. | |
| * | Adversary No.: 03-5976 |
| THE TECH GROUP, INC., et al., | |
| * | |
| Defendants. * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## NOTICE OF REMOVAL

Plaintiff, Zellen Associates, Inc. ("Zellen"), by its attorneys, Adam C. Harrison, Donna M. B. King and Adam C. Harrison, P.C., pursuant to 28 U.S.C. §§ 1334 and 1452 and Federal Rule of Bankruptcy Procedure 9027(a), hereby gives notice of its removal of the above-captioned action to the United States Bankruptcy Court of the District of Maryland, and in support of such removal, respectfully states as follows:

1. This removal relates to the Chapter 11 action of Zellen as Debtor, filed in this Court on January 6, 2003.

2. On November 25, 2002, Zellen brought suit against Defendants, The Tech Group, Inc., Jeffrey Kozero and Robert DiAiso (collectively referred to as "Defendants"), in the Circuit Court of Maryland for Anne Arundel County, said action being designated as Case No. C-2002-85395 CN (the "State Court Action").

3. On January 6, 2003, Zellen filed a voluntary petition for relief under Chapter 11 of the Bankruptcy Code (the "Bankruptcy Action") and, pursuant to §§ 1107 and 1108 of the Code, has continued in the possession of its assets and management of its affairs as debtor-in-possession.

4. Zellen and Defendants are finalizing a General Release and Settlement Agreement (the "Agreement"), resolving both the issues related to the State Court Action and any issues related to a Proof of Claim filed by TTG in the Bankruptcy Action. Under the Agreement, TTG will withdraw its Proof of Claim in the Bankruptcy Action.

5. Zellen must submit this Agreement for approval in the Bankruptcy Action. Zellen cannot stay or dismiss the Anne Arundel County Action pending approval in the Bankruptcy Action.

6. In the period of time in which Zellen and Defendants must await approval in the Bankruptcy Action, they would like to have this matter administered by the United States Bankruptcy Court for the District of Maryland

7. Zellen has, simultaneously with the service and filing of this Notice of Removal, given written notice, in the form attached hereto as **Exhibit "A"**, of the filing of this Notice of Removal to Defendants, and filed a copy of this Notice of Removal in the Circuit Court of Maryland for Anne Arundel County.

8. This case is removable as a claim related to the Bankruptcy Action, pursuant to 28 U.S.C. §§ 1334 and 1452, because the outcome of this case affects the Debtor and its estate.

9. The United States Bankruptcy Court for the District of Maryland is the proper venue for this action pending approval of the Agreement in the Bankruptcy Action.

10. Zellen consents to the entry of final order or judgment by this Court.

11. Zellen encloses with this Notice of Removal the filings made by the parties in the State Court Action.

    **WHEREFORE,** Plaintiff, Zellen Associates, Inc., respectfully submits this Notice of Removal to this Court on this 30th day of December 2003.

*(signed)* Adam C. Harrison / DBK
ADAM C. HARRISON

*(signed)* Donna M. B. King
DONNA M. B. KING

ADAM C. HARRISON, P.C.
40 West Chesapeake Avenue
Suite 600
Towson, Maryland 21204
(410) 832-0000

Counsel for Plaintiff, Zellen Associates, Inc.

3

## CERTIFICATE OF SERVICE

I hereby certify that on this 30th day of December 2003, a copy of Defendant's Notice of Removal was served, without the filings made in the Anne Arundel County Circuit Court Action No. C-2002-85395 CN, via First Class mail, to the following:

Robert W. Guth, Esquire
10320 Little Patuxent Parkway - Suite 1200
Columbia, Maryland 21044-3313

Lawrence J. Yumkas, Esquire
Rosenberg Proutt Funk & Greenberg, LLP
25 South Charles Street,
Suite 2115
Baltimore, Maryland 21201

Charles Zellen, President
Zellen Associates, Inc.
10584 Guilford Road
Jessup, Maryland  20794-9114

Tate Russack, Esquire
Russack & Associates
9 Sands Avenue
Annapolis, Maryland  21403

PrimeNet, Inc.
200 8th Avenue, NW
Glen Burnie, Maryland  21061

Federal Insurance Company
15 Mountain View Road
Warren, New Jersey  07059

Louis J. Ebert, Esquire
Gebhardt & Smith
111 South Calvert Street
Harborplace Towers, 23rd Floor
Baltimore, Maryland  21202

Linda Donhauser, Esquire
Joel L. Perrell, Jr., Esquire
Miles & Stockbridge
10 Light Street
Baltimore, Maryland 21202

John C. Hayes, Jr., Esquire



4


401 Ninth Street, N.W., Suite 900
Washington, DC 20004-2128

Christopher C. Tsien, Esquire
10320 Little Patuxent Parkway, Suite 1200
Columbia, Maryland 21044

Michael J. Klima, Jr., Esquire
World Trade Center, Suite 444
401 East Pratt Street
Baltimore, Maryland 21202

Kavita S. Knowles, Esquire
12644 Chapel Road, Suite 206
Clifton, Virginia 20124

Robert John Merriken, Esquire
Cowdrey, Thompson & Karsten, P.A.
130 North Washington Street
P.O. Box 1747
Easton, Maryland 21601

Office of the U.S. Trustee
Marsh & McLennan Building
300 West Pratt Street
Baltimore, Maryland 21201

/s/ Donna M. B. King
Donna M. B. King